IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| FRANK GLASKER INGRAM,<br><br>              Plaintiff,<br><br>    v.<br><br>CORREY COFFEE, et al.,<br><br>              Defendants. | Civil No. 05-1161-TC<br><br>ORDER |

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on August 31, 2006. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Defendants unenumerated 12B motion to dismiss (#18) is allowed. This action is dismissed.

IT IS SO ORDERED.

DATED this __20th__ day of __SEPT._____, 2006.

_____
UNITED STATES DISTRICT JUDGE

2    - ORDER